

Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

Mary A. Zogby, Appellant, v Douglas Zogby, Respondent.—

Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

Jerome J. Kessler, Appellant, v Liberty Mutual Insurance Company, Respondent. (Appeal No. 1.)—

Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

Jerome J. Kessler, Appellant, v Liberty Mutual Insurance Company, Respondent. (Appeal No. 2.)—

Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

Jerome J. Kessler, Appellant, v Liberty Mutual Insurance Company, Respondent. (Appeal No. 3.)—